
# Cigna.

H701A 7/09

824760172902



**Claim received for** EMMA B VERRILL
**Reference #** 7651222898683
**ID** U44694605

**THIS IS NOT A BILL**

## Claim detail

CIGNA received this claim on August 15, 2012 and processed it on August 22, 2012.

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Covered amount | Copay/ Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|
| BOHDAN POMAHAC MD, Reference # 7651222898683 | | | | | | | | | | |
| 08/03/12 | PHYSICIAN | 338.00 | 106.95 | 0.00 | 231.05 | 0.00 | 184.84 | 80 | 46.21 | A |
| Total | | $338.00 | $106.95 | $0.00 | $231.05 | $0.00 | $184.84 | | $46.21 | |

\* After you have met your deductible, the costs of covered expenses are shared by you and your health plan. The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

You've paid a total of $2,658.18 toward your $6,000 out of network deductible for 2012
You've paid a total of $2,658.18 toward your $3,000 IN NETWORK DEDUCTIBLE for 2012
You've paid a total of $3,529.18 toward your $22,000 out of network out of pocket expenses for 2012
You've paid a total of $3,529.18 toward your $11,000 in network out of pocket expenses for 2012

## Other important information that I need to know

PAYMENT FROM YOUR CHOICE FUND HSA IS NOT A DETERMINATION IF THESE ARE QUALIFIED EXPENSES UNDER FEDERAL TAX LAW. PLEASE CONSULT YOUR TAX ADVISOR.

## Notes

A - THANK YOU FOR USING THE TUFTS HEALTH PLAN NETWORK. THIS REPRESENTS YOUR SAVINGS, SO YOU ARE NOT REQUIRED TO PAY THIS AMOUNT. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE DIFFERENCE. IF YOU HAVE ALREADY PAID THE FULL AMOUNT, PLEASE REQUEST REIMBURSEMENT FROM YOUR PROVIDER.



**Mercy Hospital**
P.O. Box 1801
Portland ME 04104

JEFFREY VERRILL
214 Morton Rd
Yarmouth ME 04096-5706

## Important Message

Thank you for choosing Mercy Hospital for your healthcare needs. We previously informed you of your responsibility for payment of this account balance but to date we have not received payment.

Please return the coupon below with your payment in the amount of $17.98 today, or if you prefer you may make your payment by telephone by calling (207) 358-5188.

We hope to always earn your confidence in our commitment to your health.

Sincerely,
Patient Accounts

## Account Summary

| | |
|---|---|
| Patient Name: | EMMA B VERRILL |
| Statement Date: | 09/04/12 |
| Service Date(s): | 07/09/12-07/09/12 |
| **Account Number:** | **AH0002731859** |

## Charge Summary

| | |
|---|---|
| Total Charges: | $180.42 |
| Payments/Adjustments: | $162.44 |
| Account Balance: | $17.98 |
| Please Pay This Amt: | $17.98 |

## Insurance Information

CIGNA/HEALTHSOURCE

## Contact Us

Should you have any questions regarding this account you may contact our office at (207) 358-5188. Please reference account number AH0002731859 when calling our office.

190ONBCAF01382B

---



**Mercy Hospital**
P.O. Box 1801
Portland ME 04104
CHANGE SERVICE REQUESTED

☐ Check box if your address has changed. Please write correct address on back of tear off portion of this statement.

AH0002731859-382B    865410033

JEFFREY VERRILL
214 Morton Rd
Yarmouth ME 04096-5706

| CIRCLE CARD USING FOR PAYMENT | | |
|---|---|---|
| CARD NUMBER + 3 OR 4-DIGIT SECURITY CODE (ON BACK) | | AMOUNT |
| CARD BILLING ADDRESS AND ZIP CODE | | |
| SIGNATURE | | EXP DATE |
| ACCOUNT BALANCE: $17.98 | PLEASE PAY THIS AMOUNT: $17.98 | |
| ACCOUNT NUMBER: AH0002731859 | AMOUNT PAID: $ | |

Make Checks Payable to: **Mercy Hospital**

Mercy Hospital
P.O. Box 1801
Portland ME 04104

AH000273185900000000179840000000000006


Cigna.

Claim received for   EMMA B VERRILL
Reference #   7651224497313
ID   U44694605

**THIS IS NOT A BILL**

## Claim detail

CIGNA received this claim on August 31, 2012 and processed it on September 13, 2012.

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Covered amount | Copay/ Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|
| MA GEN HSP, Reference # 7651224497313 | | | | | | | | | | |
| 08/13/12 | INTENSIVE CARE | 53,200.00 | 2,595.25 | 0.00 | 21,614.05 | 0.00 | 17,291.24 | 80 | 4,322.81 | A |
| 08/13/12 | | 0.00 | 0.00 | 0.00 | 28,990.70 | 0.00 | 28,990.70 | 100 | 0.00 | |
| 08/13/12 | DRUGS | 528.50 | 528.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A |
| 08/13/12 | SUPPLIES | 655.00 | 655.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A |
| 08/13/12 | SUPPLIES | 120.00 | 120.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A |
| 08/13/12 | LABORATORY | 192.00 | 192.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A |
| 08/13/12 | OPERATING ROOM | 10,366.00 | 10,366.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A |
| 08/13/12 | ANESTHESIA SUP. | 1,741.00 | 1,741.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A |
| 08/13/12 | PHYSICAL THERAPY | 365.00 | 365.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A |
| 08/13/12 | RECOVERY ROOM | 1,031.00 | 1,031.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A |
| 08/13/12 | SERVICE CHARGE | 809.93 | 0.00 | 0.00 | 809.93 | 0.00 | 809.93 | 100 | 0.00 | B |
| **Total** | | **$69,008.43** | **$17,593.75** | **$0.00** | **$51,414.68** | **$0.00** | **$47,091.87** | | **$4,322.81** | |

* After you have met your deductible, the costs of covered expenses are shared by you and your health plan. The percentage of covered expenses you are responsible for is called coinsurance.

## What I need to know for my next claim

You've paid a total of $2,658.18 toward your $6,000 out of network deductible for 2012
You've paid a total of $2,658.18 toward your $3,000 IN NETWORK DEDUCTIBLE for 2012
You've paid a total of $8,681.91 toward your $22,000 out of network out of pocket expenses for 2012
You've paid a total of $8,681.91 toward your $11,000 in network out of pocket expenses for 2012

## Other important information that I need to know

PAYMENT FROM YOUR CHOICE FUND HSA IS NOT A DETERMINATION IF THESE ARE QUALIFIED EXPENSES UNDER FEDERAL TAX LAW. PLEASE CONSULT YOUR TAX ADVISOR.   INSUFFICIENT FUNDS WERE AVAILABLE IN THE CHOICE FUND HSA ACCOUNT TO COVER THE ENTIRE PATIENT LIABILITY.

# Massachusetts General Hospital
55 Fruit Street Boston, MA 02114
(617)726-2000

Patient MGH ID #: 4153827
Patient Name: VERRILL, EMMA
Admit Date: 08/13/2012
Discharge Date: 8/20/2012
Gender: F
Patient DOB: 05/10/1988
Location: GBI26A

## Face Sheet - Medical Information

1. Shower daily with soap and water
2. Apply bacitracin, adaptic and DSD to donor site daily
3. Apply bacitracin to buttock wound every other day, cover with DSD

### Instructions for follow-up appointments
Your follow-up appointment in the Outpatient Burn Center is scheduled for Tuesday 8/28/12 at 1:30pm.

The Outpatient Burn Center is located on Bigelow 1303. If you need to change any appointments, please call the clinic directly at 617-726-3712. For any questions before you go to clinic, call the Inpatient Nursing Unit at (617) 726-3354. Please call us if you develop fevers, chills, unusual drainage from your wound, or other worrisome symptoms.

If dressing changes are painful have someone drive you to your clinic appointment. Take your pain medication about 20 minutes before your appointment and or bring it with you.

WE ARE NOT ABLE TO ADMINISTER PAIN MEDICATION IN THE CLINIC

### Other
O It will be important to decrease the dose of narcotic pain medication as the pain decreases. Drink more fluids or take Colace while on narcotics to prevent constipation. We will discuss other forms of pain medication with you when you come for your clinic appointment. Do not drink alcohol, drive, or enter into any contracts while taking pain medication.

If antibiotics were prescribed to you when you were discharged, please finish all the medication. If for some reason you discontinue this medication please notify us.

Continue/resume all pre-hospital medications.

You may not return to work until all wounds are healed and you are seen in the Outpatient Clinic.

Your primary care physician was notified of your admission. He or she should contact our office if a copy of the discharge summary is desired.

If you, a family member, or friend smoke or use tobacco products, please consider using these resources to help you quit:
    MGH Tobacco Treatment Service: 617-726-7443
    Massachusetts Smokers' Helpline:
        1-800-TRY-TO-STOP
        1-800-8DEJAO (En Español/ Em Portugês)
        1-800-TDD-1477 (Hearing Impaired)

**Physician Discharging Patient:** Maryelizabet Bilodeau,N.P.

**Electronically Signed:** Maryelizabet Bilodeau,N.P.     **Date:** 08/20/2012 09:32 AM

**End of Report**

# Massachusetts General Hospital
55 Fruit Street Boston, MA 02114
(617)726-2000

Patient MGH ID #: 4153827
Patient Name: VERRILL, EMMA
Admit Date: 08/13/2012
Discharge Date: 8/20/2012
Gender: F
Patient DOB: 05/10/1988
Location: GBI26A

## Face Sheet - Medical Information

---

# Massachusetts General Hospital
55 Fruit Street Boston, MA 02114
(617)726-2000

Patient MGH ID #: 4153827
Patient Name: VERRILL, EMMA
Admit Date: 08/13/2012
Discharge Date: 8/20/2012
Gender: F
Patient DOB: 05/10/1988
Location: GBI26A

## Patient Care Referral Form

Patient Name: VERRILL, EMMA
Patient Address: 214 MORTON RD YARMOUTH, ME 04096
Patient Phone: 2078469812
Relative/Guardian: VERRILL, JEFF
Relative/Guardian Address: 214 MORTON RD YARMOUTH, ME 04096
Relative/Guardian Phone: (207)846-9812
Relative/Guardian Relationship: FATHER

Referral From: Massachusetts General Hospital
Unit or Clinic: GBI26A
No Post Acute Provider Information Entered

## Patient Information

Gender: F      Marital Status: SINGLE      Religion: NO PREF      Birthday: 5/10/1988
Primary Insurance Plan: CIGNA HMO/PPO/POS

**Principal Diagnosis:**
Burn
**Associated Diagnosis:**
Paraplegia

**Operations & Procedures**
8/13 - Excision and grafting with autograft to left buttock burn and placement of VAC
Date of Last Physical     8/17/2012

The patient is aware of his/her diagnosis
The patient's family is aware of the diagnosis

**Life-Sustaining Treatment (Code Status) at Discharge**
Full Code (discussed with patient/surrogate) Entered by: Yufei Chen, M.D.

## Discharge Orders
*Allergic Reactions, Intolerances and Sensitivities*
o NKA - No Known Allergies

**Medications**
o OXYBUTYNIN CHLORIDE (DITROPAN) 15 MG PO QPM  On Discharge
Last Dose Given: 08/19/2012 at 07:37 PM

o BACLOFEN 30 MG PO BID  On Discharge
Last Dose Given: 08/20/2012 at 09:37 AM

o TIZANIDINE 4 MG PO QPM  On Discharge
Last Dose Given: 08/19/2012 at 09:28 PM

# Massachusetts General Hospital
55 Fruit Street Boston, MA 02114
(617)726-2000

Patient MGH ID #: 4153827
Patient Name: VERRILL, EMMA
Admit Date: 08/13/2012
Discharge Date: 8/20/2012
Gender: F
Patient DOB: 05/10/1988
Location: GBI26A

## Face Sheet - Medical Information

**Principal Diagnosis:**
Burn

**Associated Diagnosis:**
Paraplegia

**Operations & Procedures**
8/13 - Excision and grafting with autograft to left buttock burn and placement of VAC

**Life-Sustaining Treatment (Code Status) at Discharge**
Full Code (discussed with patient/surrogate) Entered by: Yufei Chen, M.D.

## Discharge Orders

*Allergic Reactions, Intolerances and Sensitivities*
o NKA - No Known Allergies

*Medications*
o OXYBUTYNIN CHLORIDE (DITROPAN)  15 MG PO  QPM   On Discharge
Last Dose Given: 08/19/2012 at 07:37 PM

o BACLOFEN  30 MG PO  BID   On Discharge
Last Dose Given: 08/20/2012 at 09:37 AM

o TIZANIDINE  4 MG PO  QPM   On Discharge
Last Dose Given: 08/19/2012 at 09:28 PM

o IBUPROFEN (MOTRIN )  400 MG PO  Q6H  PRN: Headache   On Discharge
Last Dose Given: 08/14/2012 at 11:33 AM

o OXYCODONE  5 MG PO  Q4H  PRN: Pain   On Discharge

*Medication Reconciliation*
Discharge medications have been reviewed/reconciled with the pre-admission medication list.

*Diet*
O No Restrictions

*Activities*
O No Restrictions

*Treatments*
O Treatments/Wound Care:



| | | DATE | NUMBER |
|---|---|---|---|
| RGA Request | | 08/14/12 | 351163 |

Customer Type # 6870

PICK-UP ADDRESS
VERRILL EMMA
214 MORTON RD

YARMOUTH                    ME 04096
   207-846-9812

Account # 32872308   REP: KTP
Authorization Date: 08/14/12

| Pick Loc1 | Pick Loc2 | Catalog # | Description | Qty's Apvd | Date Recd | Received | Inv Y/N |
|---|---|---|---|---|---|---|---|
| B034 | | SC287200 | MEPILEX AG FOAM DRESSING | 12 | | __/__/__ | |



MASSACHUSETTS GENERAL
PHYSICIANS ORGANIZATION

P.O. Box 3864
Boston, MA 02241-3864

| PATIENT NAME | | ACCOUNT NO. | |
|---|---|---|---|
| EMMA VERRILL | | 4153827 | |
| AMOUNT DUE | AMOUNT PAID | DUE DATE | BILL DATE |
| 516.10 | | 10/01/2012 | 09/10/2012 |

☐ Please check here when completing change of address or insurance information on reverse side.

Charge my  ☐ MasterCard  ☐ VISA  ☐ American Express Cards  ☐ DISCOVER

Make checks payable to: **MASSACHUSETTS GENERAL PHYSICIANS ORGANIZATION**
To contact Customer Service, please call 617-726-2040.

12837  23446P

EMMA VERRILL
214 MORTON RD
YARMOUTH, ME 04096-5706

7 4153827410300051610

Mass. General Physicians Org., Inc.
P.O. Box 3864
Boston, MA 02241-3864

# ELKHORN RANCH

*For This and That*

Expenses to checking

| | | |
|---|---|---|
| 8/13 | Whole foods | — 47.77 |
| 8/14 | " | 20.34 |
| 8/14 | | 5.89 |
| 8/14 | | 5.19 |
| 8/14 | | 3.87 |
| 8/15 | AT&T data | 50.00 |
| 8/15 | MGH parking | 10.00 |
| 8/16 | concord trailways | 31.00 |
| 8/20 | " " | 30.00 |
| 8/20 | Athas tape | 11.98 |

Amex Mom
Black Bear — 278

Dads Amex 181.39

712.43

Black Bear 278.25

Antonios 38.00

American Express

8/20 Annas 11.98
8/20 Concrd 22.00
8.00
8/16 22.00
10.00
ATT hospital 50.00
Wholefoods 3.87