| PATIENT NAME: | EMMA VERRILL | | MEDICAL RECORD NO.: | 004153827 |
|---|---|---|---|---|
| STATEMENT NUMBER | DATE | DESCRIPTION | | |
| 989470240 | 08/13/12 | DATE OF SERVICE | | |
| | 08/30/12 | BEGINNING BALANCE | | 68,198.50 |
| | 09/20/12 | CIGNA INSUR PAYMENT | | 46,281.94- |
| | 09/20/12 | COMMERCIAL CONTR ALLOW | | 17,593.75- |
| | 09/20/12 | SERVICE NOT COV'D BY PLAN | | 0.00 |
| | 09/20/12 | CIGNA INSUR PAYMENT | | 122.71- |
| | | | BALANCE DUE | 4,200.10 |

*Handwritten notes: Pd 10/5/12  282624 ctrumbus #1019  GG*

**PARTNERS**
HEALTHCARE

| | **TOTAL BALANCE DUE:** | 4,200.10 |
|---|---|---|

**IMPORTANT MESSAGE REGARDING YOUR ACCOUNT**

WE HAVE COMPLETED PROCESSING THIS CLAIM WITH YOUR INSURANCE. THIS BALANCE IS YOUR RESPONSIBILITY. PLEASE CALL 617-726-4098 IF YOU HAVE ANY QUESTIONS OR TO MAKE PAYMENT ARRANGEMENTS.

FOR INFORMATION ON HOW TO REACH US, PLEASE SEE REVERSE SIDE